|  |  |
|---|---|
| Charles L. Farrell<br>vs.<br>Adolphus J. Holmes | No. 85027. |

March 30, 1931.

BLODGETT, P. J. Heard upon motion to dismiss action by "amicus curiae."

Writ served by special order of Court by registered mail which defendant refused to accept. Service is insufficient but the Court is of the opinion the proper method is for defendant to enter appearance for the purpose of pleading in abatement as to jurisdiction.

Motion denied.

For plaintiff: Edmund F. Beagan.

Amicus Curiae: Sidney Clifford.

|  |  |
|---|---|
| Matilda Emily Hoffman<br>vs.<br>Gustave Otto Schierioth | No. 85530. |

April 1, 1931.

CAPOTOSTO, J. Motion to release attachment.

In an action for breach of promise the plaintiff, making affidavit that the defendant is a non-resident and is about to leave the state, attaches property of the defendant in the hands of divers persons.

Plaintiff's counsel admits that the action is in contract but argues that it "sounds" so much in tort as to permit an attachment. This contention is without merit. The case of *Mainz* vs. *Lederer*, 24 R. I. 23, is decisive. Counsel misconstrues the language of that opinion. What the Court there says with reference to the rule of damages in a case for breach of promise, counsel applies to the form of action and succeeds in creating a hybrid "contract-tort" action, which, if it exists, has not yet come to the attention of the Court.

The defendant's motion to release attachment is hereby granted.

For plaintiff: Joseph W. Grimes.

For defendant: Peter W. McKiernan.